UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JASON GIAGRANDE,

                              Plaintiff,

               -against-

XTM, INC.,

                            Defendant.
-------------------------------------------------------------------X

Case No. 1:24-cv-07325

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE** that upon the accompanying Declaration of Bradley R. Siegel, Esq., dated April 9, 2026, Memorandum of Law in Support of the Motion to withdraw as counsel, dated April 9, 2026, Defendant XTM, Inc., moves this Court, before the Hon. Mary Kay Vyskocil, United States District Court Judge, at the United States District Court Southern District of New York located at 500 Pearl Street, Courtroom 18C, New York, New York 10007, for an Order pursuant to Southern District of New York Rule 1.4, permitting Bradley Ross Siegel, Michael Eric Kupferberg, and The Siegel Law Firm, P.C. to withdraw as counsel for Defendant XTM, Inc.

Dated:  April 9, 2026
        Garden City, New York

                                     Respectfully submitted,

                                     /s *Bradley R. Siegel*
                                     By: Bradley R. Siegel, Esq.
                                     THE SIEGEL LAW FIRM, P.C.
                                     *Attorneys for Defendant*
                                     591 Stewart Avenue, Suite 550
                                     Garden City, New York 11530
                                     (516) 558-7559