UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JASON GIAGRANDE,

                Plaintiff,

                -against-

XTM, INC.,

                Defendant.

------------------------------------------------------------------X

Case No. 1:24-cv-07325

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                    ) ss.:
COUNTY OF NASSAU    )

BRAM WISEMAN, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age, and has offices in Garden City, New York.

that on the 10th day of April, 2026, deponent served the **NOTICE OF MOTION, DECLARATION OF SERVICE, and MEMORANDUM OF LAW** via e-mail upon:

XTM, Inc.

Bram Wiseman

Sworn to before me this
13th day of April, 2026

Notary Public

MICHAEL ERIC KUPFERBERG
NOTARY PUBLIC - STATE OF NEW YORK
No. 02KU6308567
Qualified in Nassau County
My Commission Expires July 28, 20__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JASON GIAGRANDE,

                Plaintiff,

                -against-

XTM, INC.,

                Defendant.

------------------------------------------------------------------X

Case No. 1:24-cv-07325

**AFFIDAVIT OF SERVICE**

| | | |
|---|---|---|
| STATE OF NEW YORK | ) | |
| | ) ss.: | |
| COUNTY OF NASSAU | ) | |

TYLER ELIASSOF, being duly sworn, deposes and says:

      Deponent is not a party to the action, is over 18 years of age, and has offices in Garden City, New York.

      that on the 13th day of April, 2026, deponent mailed the within **NOTICE OF MOTION, DECLARATION OF SERVICE, and MEMORANDUM OF LAW** via U.S. Mail, first-class mail upon:

XTM, Inc.
67 Mowat Avenue, Unit 437
Toronto, Ontario MGK 3E3
Canada

the address designated for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State

                                      _Tyler Eliassof_
                                        Tyler Eliassof

Sworn to before me this
13th day of April, 2026

_____
Notary Public

MICHAEL ERIC KUPFERBERG
NOTARY PUBLIC - STATE OF NEW YORK
No. 02KU6308567
Qualified in Nassau County
My Commission Expires July 28, 20__