UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON GIAGRANDE,

Plaintiff,

-against-

XTM, INC.,

Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/26
```

24-cv-7325 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of the motion of Bradley Ross Siegel and The Siegel Law Firm, P.C. to withdraw as counsel for XTM, Inc. [ECF Nos. 62–65]. The Court is also in receipt of the response filed by counsel for Giagrande [ECF No. 66]. The Court intends to grant the pending motion to withdraw as counsel for XTM, Inc., provided that withdrawing counsel: provide their client with a copy of this Order, and file a letter by May 4, 2026 representing that they have provided their client with a copy of this Order.

**XTM, Inc. is on notice that a corporation may not appear in federal court *pro se*, a default judgment may issue against a corporate defendant that fails to defend itself through licensed counsel, and a court may dismiss the claims of a corporation purporting to act *pro se*.** *See Grace v. Bank Leumi Tr. Co. of NY*, 443 F.3d 180, 192 (2d Cir. 2006). As such, and in light of the representations of withdrawing counsel that XTM, Inc. no longer intends to defend this action [ECF No. 63 at 1, 3], IT IS HEREBY ORDERED **by June 8, 2026** new counsel for XTM, Inc. must file a notice of appearance and a letter representing that XTM, Inc. intends to defend and prosecute this action. **Failure to comply may result in entry of a default judgment against XTM, Inc. on Giagrande's claims and in dismissal of the counterclaims asserted by XTM, Inc.**

1

IT IS FURTHER ORDERED that all other dates and deadlines in this case, including with respect to Giagrande's obligation to produce certain discovery [*see* ECF No. 59], are ADJOURNED *sine die*.

IT IS FURTHER ORDERED that, if new counsel appears on behalf of XTM, Inc., the parties shall file a joint status letter by June 15, 2026.  If XTM, Inc. fails timely to obtain new counsel, **by June 15, 2026**, Giagrande shall file a motion for default judgment on his claims and dismissal of the counterclaims asserted by XTM, Inc.

**Both parties remain on notice that failure to comply with court orders and all applicable rules, as well as failure to move this case diligently toward a complete resolution, may result in sanctions, including: monetary sanctions on counsel and the parties themselves; preclusion of claims, defenses, evidence, and motion practice; and the case-terminating sanctions of dismissal and default judgment.**

**SO ORDERED.**

**Date:  April 29, 2026**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**

2