# THE SIEGEL LAW FIRM, P.C.

COUNSELORS AT LAW
591 STEWART AVENUE- SUITE 550.
GARDEN CITY, NEW YORK 11530
PHONE: (516) 558-7559
FAX:    (888) 315-8363

May 4, 2026

**VIA ECF**

Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10001

Re:    *Jason Giagrande v. XTM, Inc.*
Case No. 1:24-cv-07325

Dear Judge Vyskocil:

This office represents Defendant, XTM, Inc. ("Defendant"), in the above-captioned action. Pursuant to Your Honor's Order dated April 29, 2026, on April 30, 2026, this firm provided Defendant, XTM, Inc. with a copy of the Court's April 29, 2026 Order. Should the Court have any questions or require anything further, please contact us.

We thank the Court for its courtesies.

Respectfully Submitted,

/s *Michael Kupferberg*

By: Michael Kupferberg, Esq.
The Siegel Law Firm, P.C.
591 Stewart Avenue, Suite 550
Garden City, New York 11530
T: (516) 558-7559
F: (888) 315-8363

Cc: All Counsel via ECF