UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JASON GIAGRANDE,

                                   Plaintiff,

              -against-

XTM, INC.,

                                   Defendant.
------------------------------------------------------------------------X

Case No. 1:24-cv-07325

**NOTICE OF MOTION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/6/26

        **PLEASE TAKE NOTICE** that upon the accompanying Declaration of Bradley R. Siegel, Esq., dated April 9, 2026, Memorandum of Law in Support of the Motion to withdraw as counsel, dated April 9, 2026, Defendant XTM, Inc., moves this Court, before the Hon. Mary Kay Vyskocil, United States District Court Judge, at the United States District Court Southern District of New York located at 500 Pearl Street, Courtroom 18C, New York, New York 10007, for an Order pursuant to Southern District of New York Rule 1.4, permitting Bradley Ross Siegel, Michael Eric Kupferberg, and The Siegel Law Firm, P.C. to withdraw as counsel for Defendant XTM, Inc.

  Dated:  April 9, 2026
           Garden City, New York

Respectfully submitted,

/s *Bradley R. Siegel*
By: Bradley R. Siegel, Esq.
THE SIEGEL LAW FIRM, P.C.
*Attorneys for Defendant*
591 Stewart Avenue, Suite 550
Garden City, New York 11530
(516) 558-7559

**Granted. SO ORDERED.**
The Clerk of Court respectfully is requested to terminate ECF 62.

Date: May 6, 2026
New York, New York

           Mary Kay Vyskocil
           United States District Judge