**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

JASON GIAGRANDE,                                             :
                                                            :
                              Plaintiff,                     :
                                                            :       Case No.: 1:24-cv-07325 (MKV)
                v.                                           :
                                                            :       **PLAINTIFF'S REQUEST FOR**
XTM, INC.,                                                   :       **CLERK'S CERTIFICATE OF**
                                                            :       **DEFAULT**
                              Defendant.                     :
                                                            :
-----------------------------------------------------------------X

Pursuant to Fed. R. Civ. P. 55(a) and Local Rule 55.1, Plaintiff Jason Giagrande requests

a Clerk's certificate of entry of default.  Within the accompanying affidavit, Plaintiff affirms that

XTM, Inc., the party against whom the judgment is sought:

1.      Is not an infant or incompetent person;

2.      Is not in the military service;

3.      Was properly served under Fed. R. Civ. P. 4 and proof of service having been filed

with the Court;

4.      Has defaulted in appearance in the above-captioned action.


Dated: June 11, 2026                              By:_____
       New York, New York                                Valdi Licul

1