**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

JASON GIAGRANDE,                                :
                                                :
                          Plaintiff,            :
                                                :       Case No.: 1:24-cv-07325 (MKV)
                    v.                           :
                                                :       **CLERK'S CERTIFICATE OF**
XTM, INC.,                                       :       **DEFAULT**
                                                :
                          Defendant.            :
                                                :
------------------------------------------------------------X

     I, **TAMMI M. HELLWIG**, Clerk of the United States District Court for the Southern

District of New York, do hereby certify that:

     1.     This action was commenced by Plaintiff Jason Giagrande on September 27, 2024

with the filing of a summon and complaint;

     2.     A copy of the summons and complaint was served on Defendant XTM on

December 16, 2024 and proof of service was therefore filed on December 19, 2024 (Dkt. No. 8);

     3.     The docket entries indicate that Defendant XTM has failed to retain counsel as

directed by Judge Mary Kay Vyskocil on April 29, 2026.

     The default of Defendant XTM is hereby noted.

                                      **TAMMI M. HELLWIG**
                                      Clerk of Court

Dated: _____
     New York, New York                   By:_____
                                       Deputy Clerk

1