**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JASON GIAGRANDE,                                     :
                                                     :
                      Plaintiff,                     :
                                                     :
                                                     :    Case No.: 1:24-cv-07325 (MKV)
         v.                                          :
                                                     :    **NOTICE OF MOTION FOR**
XTM, INC.,                                           :    **DEFAULT JUDGMENT**
                                                     :
                      Defendant.                     :
                                                     :
-------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that upon the accompanying Declaration of Valdi Licul dated June 15, 2026, the proposed Order to Show Cause, and the proposed Default Judgment, Plaintiff Jason Giagrande ("Giagrande" or "Plaintiff"), by and through his undersigned attorneys, moves this Court, before the Hon. Mary Kay Vyskocil, United States District Court Judge, at the United States District Court Southern District of New York located at 500 Pearl Street, Courtroom 18C, New York, New York 10007, for an Order granting Plaintiff's Motion for Default Judgment.

Dated: June 15, 2026
     New York, New York

                                         **WIGDOR LLP**

                                         By: _____

                                            Valdi Licul
                                            Brooke Payton

                                         85 Fifth Avenue
                                         New York, NY 10003
                                         Telephone: (212) 257-6800
                                         Facsimile: (212) 257-6845
                                         vlicul@wigdorlaw.com
                                         bpayton@wigdorlaw.com

                                         *Counsel for Plaintiff*