

**Valdi Licul**
vlicul@wigdorlaw.com

July 9, 2026

**VIA ECF**

The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18C
New York, NY 10007

       Re:  Giagrande v. XTM, Inc., Case No. 24 Civ. 7325

Dear Judge Vyskocil:

We represent Plaintiff Jason Giagrande ("Plaintiff") and write to update the Court on the status of mailing Plaintiff's Motion for Default Judgment to Defendant XTM, Inc. ("Defendant") (Dkt. Nos. 74 and 74-1).  On June 12, 2026, Plaintiff's counsel mailed documents to the address where Defendant was originally served, as required by Local Rule 55.1, to obtain a Clerk's Certificate of Default.  However, the package was returned as undeliverable.  On June 26, 2026, Plaintiff's counsel attempted to mail the Motion for Default Judgment to Defendant at an address provided by prior counsel and listed on bankruptcy records.  This, too, was returned as undeliverable.  On July 8, 2026, Plaintiff's counsel successfully delivered Plaintiff's Motion for Default Judgment to Defendant at an address belonging to Defendant's CEO.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

Valdi Licul