USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/9/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GIAGRANDE,<br><br>Plaintiff,<br><br>-against-<br><br>XTM, INC.,<br><br>Defendant. | 24-cv-7325 (MKV)<br><br>SCHEDULING ORDER |

MARY KAY VYSKOCIL, United States District Judge:

This action having been commenced on September 27, 2024, by the filing of a Complaint [ECF No. 1]; and an Amended Complaint having been filed March 17, 2025, [ECF No. 17]; and Defendant having appeared through counsel, answered, asserted counterclaims, and moved to dismiss one claim in the Amended Complaint, *see* [ECF No. 53]; and the Court having declined to stay this action based on a foreign insolvency proceeding, [ECF No. 57]; and the Court having granted Defendant's motion to dismiss, [ECF No. 58]; and counsel for Defendant having withdrawn, [ECF Nos. 62–65, 67, 68]; and the Court having advised Defendant that "**a corporation may not appear in federal court *pro se*, a default judgment may issue against a corporate defendant that fails to defend itself through licensed counsel, and a court may dismiss the claims of a corporation purporting to act *pro se***" [ECF No. 67] at 1, and set a date of June 8, 2026, for new counsel to appear on Defendant's behalf, *id.*; and no counsel having appeared by that date; and Plaintiff having moved for entry of default judgment on June 15, 2026, [ECF No. 74], and having served the motion on Defendant, *see* [ECF No. 75]; and no opposition thereto having been filed; it is HEREBY ORDERED that the Parties will appear at a Default Judgment Hearing on November 13, 2026, at 10:00 a.m.

It is FURTHER ORDERED that Plaintiff must serve this Scheduling Order and another copy of all papers in support of Plaintiff's motion on Defendant on or before **October 23, 2026.** Proof of service must be filed on the ECF docket by October 26, 2026.

**SO ORDERED.**

**Dated: October 9, 2026**
**New York, New York**

**HON. MARY KAY VYSKOCIL**
**United States District Judge**