WIGDOR.

**Valdi Licul**
vlicul@wigdorlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/26/2026

October 20, 2026

**VIA ECF**

The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18C
New York, NY 10007

Re: Giagrande v. XTM, Inc., Civil Case No. 24 Civ. 7325

Dear Judge Vyskocil:

We represent Plaintiff Jason Giagrande in this matter and write regarding the Court's October 9, 2026 Order setting a Default Judgment Hearing for November 13, 2026. Dkt. No. 76. The Court also ordered Plaintiff to serve the Order and all papers relating to the Motion for Default Judgment (the "Motion") on Defendant XTM, Inc. on or before October 23, 2026 and to file proof of service by October 26, 2026. Id.

Plaintiff has successfully served Defendant through its Chief Executive Officer, Marilyn Schaffer, and is prepared to file proof of service before the deadline. However, the affidavit of service includes Ms. Schaffer's home address, so we respectfully request permission to redact the address or file under seal to protect Ms. Schaffer's personal privacy interests.

Additionally, we respectfully ask the Court whether it plans to hold a full evidentiary hearing on the Motion or whether it will be interested in simply hearing arguments from counsel.

We thank the Court for its time and attention to these matters.

Respectfully Submitted,

Valdi Licul

Plaintiff may redact Ms. Schaffer's home address in the proof of service for the time being. At the November 13 hearing, Plaintiff's counsel should be prepared to make an appropriate record on his motion for entry of a default judgment.

Date: 10/26/2026
New York, New York

Mary Kay Vyskocil
United States District Judge