USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/18/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON GIAGRANDE,

Plaintiff,

-against-

XTM, INC.,

Defendant.

24-cv-7325 (MKV)

DEFAULT JUDGMENT

MARY KAY VYSKOCIL, United States District Judge:

This action having been commenced on September 27, 2024, by the filing of a Complaint, and a copy of the Summons and Complaint having been personally served on the Defendant, XTM, Inc., on December 16, 2024, and proof of service having been filed on December 19, 2024; and Defendant's counsel having withdrawn, and Defendant having been warned of the consequences of proceeding with no counsel and having failed to retain new counsel by June 8, 2026, as ordered by this Court; it is HEREBY ORDERED that Plaintiff, Jason Giagrande, has judgment against Defendant, XTM, Inc., in the amount of $1,143,000, with interest at 9% from April 16, 2023, amounting to $294,281.10, plus attorneys' fees in the amount of $161,732,[1] totaling in all to $1,599,013.10.

**SO ORDERED.**

Date: 11/18/2026
New York, New York

Mary Kay Vyskocil
United States District Judge

[1] Plaintiff's request for an award of costs was inadequately documented.